FILED IN
COURT OF CRIMINAL APPEALS

February 13, 2015

ABEL ACOSTA, CLERK

PD-0177-15

PD-0177-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/13/2015 1:36:39 PM
Accepted 2/13/2015 2:14:08 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **ESPERANZA ESQUIVEL** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Esperanza Esquivel, Appellant in the above styled and numbered cause, and moves for an extension of time of 20 days to file a petition for discretionary review, and for good cause shows the following:

1.      Counsel was court-appointed to represent the Defendant on appeal. On January 15, 2015, the Court of Appeals affirmed appellant's conviction. Esperanza Esquivel v. State, No. 11-12-00313-CR.  This petition is therefore due on February 14, 2015.

2.      Counsel has been unable to complete the petition for the following reasons:  Counsel had a scheduled vacation during part of the briefing period.  In addition, counsel is completing another brief for a federal criminal appeal that is due February 23, 2015.

3.      Defendant is currently free on bond.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 20 days, i.e. until March 6, 2015, to file a petition for discretionary review.

Respectfully submitted,

Damian Castillo, Attorney at Law
407 N. Big Spring, Suite 200
Midland, Texas 79701
Tel: 432-570-9979
Fax: 432-570-9918


By:/s/ Damian Castillo
   Damian Castillo
   State Bar No. 24056935
   damian@westtexasattorney.com
   Attorney for Esperanza Esquivel


## CERTIFICATE OF SERVICE

This is to certify that on February 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Midland County, 500 N. Loraine, Midland, Texas 79701, by fax to 432-688-4938.


/s/ Damian Castillo
Damian Castillo